# CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| STUART W. GOLD | SANDRA C. GOLDSTEIN | GEORGE E. ZOBITZ | KEVIN J. ORSINI |
| JOHN W. WHITE | THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | MATTHEW MORREALE |
| EVAN R. CHESLER | MICHAEL S. GOLDMAN | DARIN P. MCATEE | JOHN D. BURETTA |
| MICHAEL L. SCHLER | RICHARD HALL | GARY A. BORNSTEIN | J. WESLEY EARNHARDT |
| RICHARD LEVIN | JULIE A. NORTH | TIMOTHY G. CAMERON | YONATAN EVEN |
| KRIS F. HEINZELMAN | ANDREW W. NEEDHAM | KARIN A. DEMASI | BENJAMIN GRUENSTEIN |
| B. ROBBINS KIESSLING | STEPHEN L. BURNS | LIZABETHANN R. EISEN | JOSEPH D. ZAVAGLIA |
| ROGER D. TURNER | KEITH R. HUMMEL | DAVID S. FINKELSTEIN | STEPHEN M. KESSING |
| PHILIP A. GELSTON | DAVID J. KAPPOS | DAVID GREENWALD | LAUREN A. MOSKOWITZ |
| RORY O. MILLSON | DANIEL SLIFKIN | RACHEL G. SKAISTIS | DAVID J. PERKINS |
| FRANCIS P. BARRON | ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO | JOHNNY G. SKUMPIJA |
| RICHARD W. CLARY | WILLIAM J. WHELAN, III | JOEL F. HEROLD | J. LEONARD TETI, II |
| WILLIAM P. ROGERS, JR. | SCOTT A. BARSHAY | ERIC W. HILFERS | D. SCOTT BENNETT |
| JAMES D. COOPER | PHILIP J. BOECKMAN | GEORGE F. SCHOEN | TING S. CHEN |
| STEPHEN L. GORDON | ROGER G. BROOKS | ERIK R. TAVZEL | CHRISTOPHER K. FARGO |
| DANIEL L. MOSLEY | WILLIAM V. FOGG | CRAIG F. ARCELLA | KENNETH C. HALCOM |
| JAMES C. VARDELL, III | FAIZA J. SAEED | TEENA-ANN V. SANKOORIKAL | DAVID M. STUART |
| ROBERT H. BARON | RICHARD J. STARK | ANDREW R. THOMPSON | |
| KEVIN J. GREHAN | THOMAS E. DUNN | DAMIEN R. ZOUBEK | SPECIAL COUNSEL |
| C. ALLEN PARKER | MARK I. GREENE | LAUREN ANGELILLI | SAMUEL C. BUTLER |
| SUSAN WEBSTER | DAVID R. MARRIOTT | TATIANA LAPUSHCHIK | GEORGE J. GILLESPIE, III |
| DAVID MERCADO | MICHAEL A. PASKIN | ERIC L. SCHIELE | |
| ROWAN D. WILSON | ANDREW J. PITTS | ALYSSA K. CAPLES | OF COUNSEL |
| CHRISTINE A. VARNEY | MICHAEL T. REYNOLDS | JENNIFER S. CONWAY | PAUL C. SAUNDERS |
| PETER T. BARBUR | ANTONY L. RYAN | MINH VAN NGO | |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———
CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1712

December 16, 2014

Williams v. King
No. 11 Civ. 1863 (SAS) (S.D.N.Y.)

Dear Judge Scheindlin:

    We represent plaintiff Andrew Williams in the above-captioned action. We write jointly with Defendants to request an extension of the deadline set forth in the Court's November 18, 2014, Order of Discontinuance (the "Order").

    Under the Order, the parties have until December 18, 2014, to apply for restoration of the action to Your Honor's calendar. The parties have been diligently working to finalize the terms of the settlement in this matter, and anticipate being able to do so shortly. However, we do not anticipate being able to finalize the settlement agreement before December 18. In light of the upcoming holidays, and to facilitate meeting with our client who is presently incarcerated, the parties respectfully request that the deadline for either side to seek restoration of the action to your calendar be extended to January 9, 2015.

    In the event that the Court does not grant this request, Plaintiff respectfully requests that this action be restored to Your Honor's calendar.

Should Your Honor have any questions, we are available at your convenience to discuss any matters related to this action.

Respectfully,

/s/ Rebecca Rettig

Rebecca Rettig

The Honorable Shira A. Scheindlin
　United States District Court
　　Southern District Court of New York
　　　Daniel Patrick Moynihan U.S. Courthouse
　　　500 Pearl Street, Room 1620
　　　　New York, NY 10007

BY EMAIL AND ECF

Copy to:

Daniel Schulze, Esq.
Michael Keane, Esq.
Inna Ringh, Esq.
　Office of the Attorney General, State of New York
　　120 Broadway
　　　New York, NY 10271

BY EMAIL AND ECF