UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ANDREW WILLIAMS,

                Plaintiff,

- against -

JEAN G. KING, *et al.*,

                Defendants.

No. 11 Civ. 1863 (SAS)

[PROPOSED] ORDER REGARDING ELECTRONIC DEVICES

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorneys and non-attorneys/legal staff are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Devices (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned *Williams v. King, et al.*, No. 11 Civ. 1863 (SAS). The dates for which such authorization is provided are April 1, 2015, and April 7, 2015 through April 13, 2015.

| Attorney / Support Staff | Devices |
|---|---|
| 1. Zoe Bellars | 1 Laptop, 1 Blackberry, 1 iPhone, 1 Verizon Mi-Fi |
| 2. Anne Brag | 1 Laptop, 1 Blackberry, 1 iPhone, 1 Verizon Mi-Fi |
| 3. Glen Cordova | 1 Laptop, 1 Blackberry, 1 Mobile Phone |
| 4. Dana Crandall | 1 Laptop, 1 Blackberry, 1 Mobile Phone |
| 5. Jacqueline Harrington | 1 Laptop, 1 iPad, 1 iPhone |
| 6. Rebecca Rettig | 1 Laptop, 1 Blackberry, 1 iPhone |
| 7. Alexander Scolnik | 1 Laptop, 1 iPad, 1 iPhone |

The attorneys and support staff identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices into the Courthouse or its Environs constitutes a certification by the attorney and non-attorneys/legal staff that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED.

Dated: March 31, 2015
New York, New York

Hon. Shira A. Scheindlin
United States District Judge